# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

CORDERO WILLIAMS,

    Plaintiff,

v.

TRANSUNION, LLC,

    Defendant.

Case No. 3:17-cv-01018-JPG-DGW

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED with prejudice**.

DATED: March 26, 2018

        **JUSTINE FLANAGAN,**
        **Acting Clerk of Court**

        BY:   s/Tina Gray
            **Deputy Clerk**

**Approved:**
**s/J. Phil Gilbert**
**J. Phil Gilbert**
**U.S. District Judge**